APPEAL No. 1702.  RUTH COOLBETH *v.* ARAM K. BERBERIAN. Motion of appellant that his appeal be sustained for failure of appellee to file her brief on time is denied. *John M. Roney,* Rhode Island Legal Services, Inc., for appellee. *Aram K. Berberian,* appellant, pro se.

March 1, 1973.

M. P. No. 1755.  ARAM K. BERBERIAN *v.* HOUSING BOARD OF REVIEW OF THE CITY OF CRANSTON. Plaintiff's motion to assign for argument is denied. *Aram K. Berberian,* plaintiff, pro se. *Jeremiah S. Jeremiah, Jr.,* Asst. City Solicitor, for defendant.

M. P. No. 1825.  SANDRA HAZEN *v.* IRWIN HAZEN. Respondent's motion to dismiss petition for certiorari is denied. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for plaintiff-respondent. *Marvin A. Brill,* for defendant-petitioner.

EX. &C. No. 1474.  STATE *v.* JAMES B. VERRIER. Motion of defendant that filing of briefs be suspended pending decision in *State* v. *Almeida* No. 1426-Ex. &c. granted. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.

EX. &C. No. 1777.  STATE *ex rel.* PAUL OLSZEWSKI *v.* EDWARD F. PERRY, JR. Motion of defendant to assign is denied. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.

EX. &C. No. 1819.  STATE *v.* PHILLIP D. CARUFEL. Motion of defendant to assign for argument is denied. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.

APPEAL No. 73-13.  GUSTAV WOHL *v.* DEPARTMENT OF EMPLOYMENT SECURITY *et al.* Petition for writ of certiorari is denied. *Madison* v. *Board of Review Department of Employment Security,* 105 R. I. 69, 249 A.2d 100 (1969). *Gustav Wohl,* petitioner, pro se. *Irving J. Bilgor,* Legal Counsel, Board of Re-